Argued May 20, affirmed May 20, 1971

STATE OF OREGON, *Respondent*, v.
LOUIS EDWARD MIDKIFF, *Appellant*.

484 P2d 1117

*H. Kenneth Zenger*, Hillsboro, argued the cause for appellant. On the brief were Huffman and Zenger, Hillsboro.

*G. Eric Lonnquist*, Special Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.